IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

| | |
|---|---|
| CITY OF SPRINGDALE, ARKANSAS,<br>A Municipal Corporation<br><br>Plaintiff,<br><br>v.<br><br>THE CHURCH OF NORTHWEST<br>ARKANSAS, an Arkansas Non-Profit<br>Corporation, and<br>the UNITED STATES OF AMERICA,<br><br>Defendants. | Case No. 5:13-cv-05066-PKH |

**STIPULATION AND CONSENT JUDGMENT**

Plaintiff, the City of Springdale, Arkansas ("the City") filed this action in the Circuit Court of Washington County, Arkansas to condemn a portion of a parcel of real property of approximately 5 acres ("the 5-acre parcel"). (Dkt. No. 1-1, Complaint.) The real property that the City sought to condemn includes approximately 0.49 acre (except for the oil and gas only therein and thereunder) of the 5-acre parcel, and a permanent easement on approximately 0.02 acre of the 5-acre parcel. The United States removed the case to this Court. (Dkt. No. 1, Notice of Removal.)

The parties, through their respective undersigned counsel, now agree that at the time of the City's taking, *i.e.,* February 27, 2013, The Church of Northwest Arkansas ("the Church") held legal title to the 5-acre parcel, but the United States' federal tax liens were and continue to be superior to any claim or interest held by the Church on the 5-acre parcel as described in the Stipulation and Consent Judgment in Case No. 5:12-cv-5236-JLH (W.D. Ark.), attached hereto

1

as Exhibit A. These federal tax liens are attributable to Todd R. Simpson's outstanding federal income tax liabilities for tax years 1999, 2000, 2001, and 2006.

The Court finds that the parties have further agreed to a resolution of the above-captioned case. Therefore, it is hereby ORDERED, ADJUDGED, and DECREED that:

1. The City has legal title to the real property interest described in Exhibits B and C to this Stipulation and Consent Judgment ("the B and C interests"), and a permanent easement to the portion of the property described in Exhibit D to this Stipulation and Consent Judgment.

2. The City shall pay United States $19,500 as just compensation for the taking of the real property interest described in Exhibits B and C to this Stipulation and Consent Judgment, and for the easement on the property described on Exhibit D to this Stipulation and Consent Judgment.

3. The United States' federal tax liens attributable to Todd R. Simpson's 1999, 2000, 2001, and 2006 federal income tax assessments shall continue to encumber the real property interests described in Exhibit A, except for the portions of the real property as described on Exhibits B and C; *i.e,* the federal tax liens continue to encumber any oil and gas rights in and under the real property described in Exhibits A, B, and C.

4. The Church of Northwest Arkansas has no claim to the just compensation paid by the City for the taking of the real property interests described in Exhibits B, C, and D to this Stipulation and Consent Judgment.

5. The Court previously ordered the $19,500 deposited by the City with the Circuit Court of Washington County, Arkansas as estimated just compensation to be transferred to this Court (Dkt. No. 16). When the Clerk of this Court receives the funds, he shall

immediately disburse them by a cashier's check written to the "U.S. Department of Justice" and sent to:

Department of Justice, ATTN: Tax FLU
Room # 6647 – Judiciary Center Building
555 Fourth Street, NW
Washington DC 20001
(if sending by courier service, such as FedEx or UPS)

Department of Justice, ATTN: Tax FLU
P.O. Box 310
Ben Franklin Station
Washington DC 20044
(if sending by the U.S. Postal Service)

6. Each party shall bear its own costs, expenses, and attorney's fees (if any) incurred in this case.

7. This Consent Judgment is a final judgment in this case.

Date: 2-19-14

*P.K. Holmes III* (signature)
P.K. HOLMES III
Chief U.S. District Judge

Agreed as to form and content:

*Larry McCredy* (signature)

_____    LARRY McCREDY (2007152)
ERNEST B. CATE, A.BA. #94059    Reece Moore Pendergraft LLP
City Attorney, City of Springdale    75 North East Avenue, Suite 500
201 N. Spring Street    P.O. Box 1788
P.O. Box 1208    Fayetteville, AR 72702
Springdale, AR 72765    Telephone: (479) 443-2705
Telephone: (479) 750-8173    Fax: (479) 443-2718
Fax: (479) 750-4732    *Attorney for The Church of Northwest*
*Attorney for Plaintiff*    *Arkansas*

//

immediately disburse them by a cashier's check written to the "U.S. Department of Justice" and sent to:

Department of Justice, ATTN: Tax FLU
Room # 6647 – Judiciary Center Building
555 Fourth Street, NW
Washington DC 20001
(if sending by courier service, such as FedEx or UPS)

Department of Justice, ATTN: Tax FLU
P.O. Box 310
Ben Franklin Station
Washington DC 20044
(if sending by the U.S. Postal Service)

6. Each party shall bear its own costs, expenses, and attorney's fees (if any) incurred in this case.

7. This Consent Judgment is a final judgment in this case.

Date:

_____
P.K. HOLMES III
Chief U.S. District Judge


Agreed as to form and content:

_____
ERNEST B. CATE, A.BA. #94059
City Attorney, City of Springdale
201 N. Spring Street
P.O. Box 1208
Springdale, AR 72765
Telephone: (479) 750-8173
Fax: (479) 750-4732
*Attorney for Plaintiff*

_____
LARRY McCREDY (2007152)
Reece Moore Pendergraft LLP
75 North East Avenue, Suite 500
P.O. Box 1788
Fayetteville, AR 72702
Telephone: (479) 443-2705
Fax: (479) 443-2718
*Attorney for The Church of Northwest Arkansas*

//

CONNER ELDRIDGE
United States Attorney

KATHRYN KENEALLY
Assistant Attorney General

SHERRA WONG, NY #4894895
RUSSELL EDELSTEIN, MA #663227
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 7238
Washington, D.C. 20044
Telephone: (202) 616-1882 (Wong)
Telephone: (202) 616-2704 (Edelstein)
Fax: (202) 514-6770
E-mail: sherra.t.wong@usdoj.gov
E-mail: russell.j.edelstein@usdoj.gov
*Attorneys for the United States*